**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARIE T. SELVATO,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **SEPTA,** | **NO.  14-4919** |
| **Defendant.** | |

**O R D E R**

    **AND NOW**, this 20th day of October, 2015, upon consideration of Defendant's Motion for Summary Judgment [ECF No. 26], the Plaintiff's response in opposition thereto [ECF No. 28], and the Defendant's Reply [ECF No. 29], **IT IS ORDERED** that:

    (1) The Defendant's Motion for Summary Judgment is **GRANTED**;

    (2) **JUDGMENT IS ENTERED IN FAVOR** of Defendant SEPTA.;

    (3) ECF No. 24 is **DISMISSED** as **MOOT**; and

    (4) The Clerk of Court is directed to close this case.

.

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____

**WENDY BEETLESTONE, J.**